1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   FARAJI LAMONT LEE,                          No.  2:14-cv-2724 AC P

12              Petitioner,

13        v.                                     ORDER AND FINDINGS &
                                                 RECOMMENDATIONS
14   FRED FIGUEROA,

15              Respondent.

16

17        By order filed May 4, 2015, petitioner was ordered to file an in forma pauperis affidavit or

18   to pay the appropriate filing fee, within thirty days, or his application would be dismissed.  ECF

19   No. 5.  The thirty day period has now expired, and petitioner has not responded to the court's

20   order, has not filed an in forma pauperis affidavit, and has not paid the appropriate filing fee.

21        IT IS HEREBY ORDERED that the Clerk of the Court randomly assign a United States

22   District Judge to this action.

23        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

24        These findings and recommendations are submitted to the United States District Judge

25   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

26   after being served with these findings and recommendations, petitioner may file written

27   objections with the court.  Such a document should be captioned "Objections to Magistrate

28   Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections

1

1   within the specified time may waive the right to appeal the District Court's order.  Martinez v.

2   Ylst, 951 F.2d 1153 (9th Cir. 1991).

3   DATED: June 17, 2015

4   _____

    ALLISON CLAIRE

5   UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28