1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   FARAJI LAMONT LEE,                       No.  2:14-cv-02724-MCE-AC

12               Petitioner,

13        v.                                  **ORDER**

14   FRED FIGUEROA,

15               Respondent.

16

17        On November 14, 2014, Petitioner Faraji Lamont Lee ("Petitioner") commenced

18   this action by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

19   ECF No. 1.  In Findings and Recommendations dated June 17, 2015, the Magistrate

20   Judge recommended that the Court dismiss the petition in light of Petitioner's failure to

21   file an in forma pauperis affidavit or pay the appropriate filing fee.  ECF No. 6.  Petitioner

22   did not thereafter file objections to the Findings and Recommendations, file an in forma

23   pauperis affidavit, or pay the appropriate filing fee.  Accordingly, on July 21, 2015, the

24   Court adopted the Findings and Recommendations in full and directed the Clerk of the

25   Court to close this action.  ECF No. 7.

26        On August 11, 2015, the Court received a letter from Petitioner.  ECF No. 9.  In

27   that letter, Petitioner suggests that he did not learn of the Magistrate Judge's

28   recommended disposition until June 28, 2015, when he received the Court's Order

1  adopting the Findings and Recommendations in full and closing this action.  Petitioner

2  therefore requests an opportunity to file objections to the Findings and

3  Recommendations.  In light of Petitioner's representations, the Court will vacate its July

4  21, 2015 Order and grant Plaintiff thirty days to either (1) file objections to the Findings

5  and Recommendations dated June 17, 2015, (2) file an in forma pauperis affidavit, or (3)

6  pay the appropriate filing fee.

7      The Court must note, however, that it has reviewed both the petition filed in this

8  action and the petition that Petitioner filed in case number 2:15-cv-01677-KJN.  In both

9  actions, it appears that Plaintiff is not seeking habeas relief under 28 U.S.C. § 2254.

10  Rather, he appears to be requesting that his felony convictions be resentenced as

11  misdemeanors pursuant to California Proposition 47 (2014).  See ECF No. 1 (invoking

12  Proposition 47 but not otherwise alleging that his custody is in violation of the

13  Constitution, laws, or treaties of the United States).  Cf. 28 U.S.C. § 2254(a) ("a district

14  court shall entertain an application for a writ of habeas corpus in behalf of a person in

15  custody pursuant to the judgment of a State court only on the ground that he is in

16  custody in violation of the Constitution or laws or treaties of the United States.").  If that

17  reading is correct, Petitioner has filed the wrong petition in the wrong court.

18      California Penal Code section 1170.18(a), which became effective upon the

19  passage of Proposition 47 in November 2014, provides:

20          A person currently serving a sentence for a conviction,
       whether by trial or plea, of a felony or felonies who would
21       have been guilty of a misdemeanor under the act that added
       this section ("this act") had this act been in effect at the time
22       of the offense may petition for a recall of sentence before the
       trial court that entered the judgment of conviction in his or her
23       case to request resentencing in accordance with Sections
       11350, 11357, or 11377 of the Health and Safety Code, or
24       Section 459.5, 473, 476a, 490.2, 496, or 666 of the Penal
       Code, as those sections have been amended or added by
25       this act.

26  (emphasis added).  Thus, if seeking relief under section 1170.18(a), Petitioner should file

27  a petition for recall of sentence in the trial court that entered the judgment of conviction

28  in his case (and not a petition for a writ of habeas corpus in this Court).  Based on the

1    documents attached to the Petition filed in this action, Petitioner should file a petition for

2    recall of sentence in the Solano County Superior Court.  See ECF No. 1 at 12 (a felony

3    complaint bearing Petitioner's name and filed in Solano County Superior Court).[1]

4         Accordingly, the Court's July 21, 2015 Order (ECF No. 7) is hereby VACATED.

5    Within thirty (30) days of the date that this Order is electronically filed, Petitioner shall (1)

6    file objections to the Findings and Recommendations dated June 17, 2015 (ECF No. 6),

7    (2) file an in forma pauperis affidavit, or (3) pay the appropriate filing fee.  The Clerk of

8    the Court is directed to send a copy of the Findings and Recommendations dated June

9    17, 2015 (ECF No. 6) to Petitioner.

10        IT IS SO ORDERED.

11   Dated:  September 18, 2015


13

14   _____

     MORRISON C. ENGLAND, JR, CHIEF JUDGE
15   UNITED STATES DISTRICT COURT


---

[1]  The Court expresses no opinion on whether Petitioner is eligible for resentencing under section
1170.18(a).

3